UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        CRIMINAL NO. 05-80972

v.        HONORABLE AVERN COHN

D-08, DAMON WHITE,

        Defendant.
                              /

## **ORDER VACATING SENTENCE**

On February 07, 2008 the Court sentenced the defendant to a custody term of 36 months and stated:

> "The defendant has been in federal custody since January 25, 2006. The defendant shall serve the term of imprisonment concurrently to the state sentence currently imposed."

Now before the Court is defendant's motion styled:

"Defendant Damon White's Motion to Vacate and or Correct Sentence."

The government has stated that it will not oppose the relief requested.

For the reasons stated in the motion, the motion is GRANTED. The sentence imposed on February 11, 2008 is VACATED.

Defendant is sentenced to TIME SERVED.

SO ORDERED.

Dated: December 18, 2008        s/Avern Cohn
                                            AVERN COHN
                                            UNITED STATES DISTRICT JUDGE

**05-80972-08 USA v. Damon White**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was sent to counsel of record and the Federal Defender's Office on this date, December 18, 2008, by electronic and/or ordinary mail.

                                        s/Julie Owens
                                        Case Manager, (313) 234-5160